IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-02-387 DFL |
| Plaintiff/Respondent, | Memorandum of Opinion and Order |
| v. | |
| MANUEL DEJESUS HERNANDEZ, | |
| Defendant/Petitioner./ | |

Manuel DeJesus Hernandez filed a motion, pursuant to 28 U.S.C. § 2255, to correct, vacate, or set aside his sentence based upon allegations of ineffective assistance of counsel and lack of jurisdiction.  Although Hernandez expressly waived his right to file a § 2255 motion in his plea agreement, the court considers the claim that counsel improperly induced him to enter the agreement.  See Washington v. Lampert, 422 F.3d 864, 871 (9th Cir. 2005) (holding unenforceable a plea agreement that waives the right to challenge the voluntariness of the plea). Given evidence that "the court meticulously explained the rights that [defendant] was agreeing to waive . . . and that

1  [defendant] understood the nature of the waiver," the court
2  holds the plea to be voluntary.  Id. at 873.  The valid waiver
3  bars Hernandez's jurisdictional arguments.  Therefore, the
4  motion is DENIED.
5  
6       IT IS SO ORDERED.
7  Dated:  June 18, 2007

                                      /s/ David F. Levi_____
                                      DAVID F. LEVI
                                      United States District Judge